NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAMSUNG ELECTRONICS CORPORATION, LTD.,**
*Appellant*

**v.**

**CCP SYSTEMS AG,**
*Cross-Appellant*

---

2014-1401, 2014-1402

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,398.

---

## JUDGMENT

---

DAVID L. MCCOMBS, Haynes & Boone, LLP, Richardson, TX, argued for appellant. Also represented by DEBRA JANECE MCCOMAS, Dallas, TX.

BRIAN ROBERT MATSUI, Morrison & Foerster LLP, Washington, DC, argued for cross-appellant. Also represented by MEHRAN ARJOMAND, Los Angeles, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN and LOURIE, *Circuit Judges*). [*]

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 April 17, 2015                  /s/  Daniel  E.  O'Toole
       Date                          Daniel E. O'Toole
                                     Clerk of Court


---

[*]    Circuit Judge Kathleen M. O'Malley has recused, and did not participate in the decision.